**Order filed, December 05, 2018.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-18-01040-CV

———————

**ERICA  STEELE, Appellant**

**V.**

**GREATER HOUSTON TRANSPORTATION COMPANY, ET AL, Appellee**

---

**On Appeal from the 270th District Court
Harris County, Texas
Trial Court Cause No. 2015-54117**

---

## ORDER

The reporter's record in this case was due **December 03, 2018**.  *See* Tex. R. App. P. 35.1.  The court has not received a request to extend time for filing the record.  The record has not been filed with the court.  Because the reporter's record has not been filed timely, we issue the following order.

We order **Karen deShetler**, the official court reporter, to file the record in this appeal **within 10 days** of the date of this order.

PER CURIAM